AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

☒ SUPERSEDING

## OFFENSE CHARGED

18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud
26 U.S.C. § 7201 – Tax Evasion

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: COUNT ONE: 18 U.S.C. § 1349: - 20 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment -
COUN TWO: 26 U.S.C. § 7201: - 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

### DEFENDANT - U.S

▶ ASIM WAQAR

FILED

DISTRICT COURT NUMBER

CR 11-00464 PJH

NOV - 3 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form     MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     STEPHEN G. CORRIGAN, AUSA

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction     ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No     If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:     Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☒ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud
26 U.S.C. § 7201 – Tax Evasion

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: COUNT ONE: 18 U.S.C. § 1349: - 20 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment -
COUNT THREE: 26 U.S.C. § 7201: - 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ FARID RAHMAN

DISTRICT COURT NUMBER
CR 11-00464 PJH

FILED
NOV - 3 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  STEPHEN G. CORRIGAN, AUSA

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address: _____

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT
☒ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: COUNT ONE: 18 U.S.C. § 1349: - 20 years imprisonment, $250,000 fine , 3 years supervised release, $100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
NOV - 3 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT - U.S
▶ MINA KUHL

DISTRICT COURT NUMBER
CR 11-00464 PJH

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form        MELINDA HAAG
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)        STEPHEN G. CORRIGAN, AUSA

---- DEFENDANT ----

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
Northern District of California

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Federal ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
} If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

MELINDA HAAG (CABN 132612)
United States Attorney

FILED

NOV - 3 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00464 PJH |
|---|---|---|
| Plaintiff, | ) ) | VIOLATIONS: 18 U.S.C. § 1349 - Conspiracy to Commit Wire Fraud; 26 U.S.C. § 7201 - Tax Evasion; Forfeiture Allegation - 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) |
| v. | ) ) ) |  |
| ASIM WAQAR, FARID RAHMAN, and MINA KUHL, | ) ) ) ) | (OAKLAND VENUE) |
| Defendants. | ) ) |  |

SUPERSEDING INFORMATION

The United States Attorney charges:

BACKGROUND

At all times relevant to this Superseding Information:

1. Kaiser Permanente was a nonprofit health care company headquartered in Oakland, California ("Kaiser").

2. Kaiser hired temporary contract information technology ("IT") employees through staffing companies such as Technisource, Inc., Chimes/Diversity MPS, and ProUnlimited (collectively "the staffing companies"). Kaiser paid fees to the staffing companies for IT employees they recruited whom Kaiser hired. Kaiser also paid the staffing companies the IT

SUPERSEDING INFORMATION
CR 11-00464 PJH

employees' wages.

3. The staffing companies paid the wages of the IT employees working for Kaiser.

4. Defendant ASIM WAQAR was employed at Kaiser in Oakland, California, and resided in the Northern District of California.

5. Defendants FARID RAHMAN and MINA KUHL were married and lived in Garden City, Michigan.

<u>COUNT ONE</u>: (18 U.S.C. § 1349 - Conspiracy to Commit Wire Fraud)

6. The allegations set forth in Paragraphs One through Five are realleged and incorporated herein.

7. Beginning on a date unknown, but no later than on or about February 16, 2005, and continuing until on or about August 20, 2008, in the Northern District of California and elsewhere, the defendants,

ASIM WAQAR,<br>FARID RAHMAN, and<br>MINA KUHL,

did knowingly and willfully conspire to execute and attempt to execute a material scheme to obtain money and property from Kaiser by means of false and fraudulent pretenses, and did knowingly cause to be transmitted wire communications in interstate and foreign commerce, in violation of Title 18, United States Code, Section 1343.

MEANS AND METHODS OF CONSPIRACY

8. It was part of the scheme to defraud that the defendants falsely represented to Kaiser that defendant KUHL would work for Kaiser from Michigan as a contract employee, supervised by WAQAR.

9. It was further part of the scheme to defraud that WAQAR fraudulently approved KUHL's payroll time entries.

10. It was further part of the scheme to defraud that although KUHL performed no work for Kaiser, WAQAR falsely reported to Kaiser that KUHL regularly worked hours far in excess of 40 hours per week.

SUPERSEDING INFORMATION
CR 11-00464 PJH                                2

11. It was further part of the scheme to defraud that during the three-year conspiracy, the defendants caused Kaiser to pay the three staffing companies more than $1.8 million collectively for the employment of KUHL, and caused KUHL to receive income of more than $1.5 million from the staffing companies, of which more than $1 million was deposited into RAHMAN and KUHL's joint bank account.

12. It was further part of the scheme to defraud that RAHMAN and KUHL paid WAQAR a portion of KUHL's fraudulent earnings through checks and interstate wire transfers.

All in violation of Title 18, United States Code, Section 1349.

COUNT TWO: 26 U.S.C. § 7201 (Tax Evasion)

On or about April 3, 2008, in the Northern District of California, the defendant,

ASIM WAQAR,

while married and a resident of Oakland, California, did willfully attempt to evade and defeat a part of income tax due and owing by him and his spouse to the United States of America for the calendar year 2007, by preparing and causing to be prepared, a false and fraudulent joint U.S. Individual Income Tax Return, Form 1040, on behalf of himself and his spouse, which was filed with the Internal Revenue Service. In that return, it was stated that the defendant's and his wife's joint taxable income for the calendar year 2007 was the sum of $165,065, that there was no tax due and owing, and that the defendant and his wife were due a refund of $10,789. In fact, as the defendant then and there knew, his and his wife's taxable income for the calendar year 2007 was in excess of the amount stated on the return, additional tax was due and owing to the United States of America, and the defendant and his wife were not due a refund of $10,789.

In violation of Title 26, United States Code, Section 7201.

COUNT THREE: 26 U.S.C. § 7201 (Tax Evasion)

On or about April 10, 2008, in the Northern District of California, the defendant,

FARID RAHMAN,

while married and residing with his spouse in Garden City, Michigan, did willfully attempt to evade and defeat a part of the income tax due and owing by his spouse to the United States of

SUPERSEDING INFORMATION
CR 11-00464 PJH                           3

America for the calendar year 2007, by preparing and causing to be prepared, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, on behalf of his spouse, which was filed with the Internal Revenue Service. In that return, it was stated that the defendant's spouse's taxable income for the calendar year 2007 was the sum of $83,000, and that the amount of tax due and owing was $6,613. In fact, as the defendant then and there knew, his spouse's taxable income for the calendar year 2007 was in excess of the amount stated on the return, and additional tax was due and owing to the United States of America.

FORFEITURE ALLEGATION: (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

13. The allegations contained in Paragraphs One through Twelve of this Superseding Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

14. Upon a conviction of the offense alleged above, the defendants,

ASIM WAQAR,
FARID RAHMAN, and
MINA KUHL,

shall forfeit to the United States all property constituting and derived from proceeds traceable to a violation of 18 U.S.C. § 1349 alleged above, including but not limited to the following property:

    (a)    a sum of money equal to amount of proceeds obtained as a result of the offense;

    (b)    any property, real or personal, traceable to said proceeds.

15. If any of said property, as a result of any act or omission of the defendants-

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided

without difficulty; any and all interest defendant has in other property shall be vested in the United States and forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: November 3, 2011

MELINDA HAAG
United States Attorney

/s/ MIRANDA KANE
Chief, Criminal Division

Approved as to form

/s/ STEPHEN G. CORRIGAN
Assistant United States Attorney

SUPERSEDING INFORMATION
CR 11-00464 PJH                              5