GAIL SHIFMAN (State Bar No. 147334)
Attorney at Law
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone:  (415) 551-1500
Facsimile:    (415) 551-1502

Attorney for Defendant
ASIM WAQAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ASIM WAQAR,<br><br>   Defendant<br>_____ | Case No.:  CR 11-0464 PJH (DMR)<br><br>**STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE ALLOWING TRAVEL** |

Upon being advised that the Defendant has been complying with his conditions of Pretrial Release and that his Pretrial Services officer, Timothy Elder has no objection, the parties hereby stipulate that the conditions of release shall be modified to allow the Defendant to remain in LaSalle, Ontario, Canada with his family pending return to the United States as stated.  The parties agree that the conditions of release shall be modified in the following manner:

1. Defendant shall continue to reside with his mother, father, wife and daughter at 6386 Huron Church Line, LaSalle, Ontario Canada and shall return via air travel from

1

Detroit, Michigan to San Francisco on July 26, 2012, Defendant shall stay in Ontario, Canada prior to his return to San Francisco.

2. Defendant shall provide his return travel itinerary and any new contact telephone numbers to Pretrial Services prior to his departure.

3. Defendant shall comply with all other conditions of release while in Ontario.

4. Defendant shall return his passport to the custody of the Pretrial Services immediately upon his return to San Francisco (subject to business hours.)

5. Defendant shall report to Pretrial Services no later than 48 hours of his arrival in San Francisco or as directed by Pretrial Services.

Dated: April 5, 2012

/s/
_____
GAIL SHIFMAN
Attorney for Defendant

Dated: April 5, 2012

/s/by Kathleen Turner
_____
STEPHEN CORRIGAN
Assistant United States Attorney

ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised, IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

1. Defendant shall continue to reside with his mother, father, wife and daughter at 6386 Huron Church Line, LaSalle, Ontario Canada and shall return via air travel from Toronto, Ontario to San Francisco on July 26, 2012, Defendant shall stay in Ontario, Canada prior to his return to San Francisco.

2. Defendant shall provide his return travel itinerary and any new contact telephone

2

numbers to Pretrial Services prior to his departure.

3. Defendant shall comply with all other conditions of release while in Ontario.

4. Defendant shall return his passport to the custody of Pretrial Services immediately upon his return to San Francisco (subject to business hours.)

5. Defendant shall report to Pretrial Services no later than 48 hours of his arrival in San Francisco or as directed by Pretrial Services.

Dated: April 11, 2012

_____
UNITED STATES MAGISTRATE JUDGE

3