GAIL SHIFMAN
ATTORNEY AT LAW
601 California Street
Suite 1800
San Francisco, CA  94108
Telephone:  (415) 551-1500
Facsimile:  (415) 551-1502

Attorney for Defendant
ASIM WAQAR

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-0464 PJH (DMR) |
| Plaintiff, | STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE AND AUTHORIZING TRAVEL |
| v. | |
| ASIM WAQAR, | |
| Defendant. | |

Upon being advised that the Defendant has been complying

with his conditions of Pretrial Release and that his Pretrial

Services officer, Amaryllis Gonzalez has no objection, the

parties hereby stipulate that the conditions of release shall be

modified to allow the Defendant to travel from the Bay Area to

Windsor, Ontario Canada to reside in LaSalle, Ontario, Canada

1   with his family pending return to the United States as stated.

2   The parties agree that the conditions of release shall be

3   modified in the following manner:

4      1. Defendant shall travel from the Bay Area to the Windsor,

5         Ontario Canada area on November 2, 2012 to reside with

6         his mother, father, wife and daughter at 6386 Huron

7         Church Line, LaSalle, Ontario Canada and shall return to

8         the Bay Area via air travel no later than November 26,

9         2012.  Defendant shall stay in Ontario, Canada prior to

10        his return to the Bay Area.

11     2. Defendant shall provide his return travel itinerary and

12        any new contact telephone numbers to Pretrial Services

13        prior to his departure.

14     3. Defendant shall comply with all other conditions of

15        release while in Ontario.

16     4. Pretrial Services shall return Defendant's Canadian

17        passport to Defendant no later than November 1, 2012 and

18        Defendant shall return his passport to the custody of the

19        Pretrial Services immediately upon his return to the Bay

20        Area, subject to business hours or further instructions

21        of his pretrial services officer.

22     5. Defendant shall report to Pretrial Services no later than

23        48 hours of his arrival in the Bay Area or as directed by

24        Pretrial Services.

Stipulation & Order            2

1

2          6. Defendant shall appear for sentencing on November 28,

3             2012 at 2:30 p.m.

4    Dated: October 30, 2012              Dated: October 30, 2012

5

6          /s/                                /s/
     _____    _____

7    GAIL SHIFMAN                         STEPHEN CORRIGAN
     Attorney for Defendant               Asst United States Attorney

8

9

10                              ORDER

11       This matter having come before the Court upon the

12   stipulation of the parties and the Court being advised,

13
         IT IS ORDERED that the conditions of pretrial release shall

14
     be modified in the following manner:

15
         1. Defendant shall travel from the Bay Area to the Windsor,

16
            Ontario, Canada area on November 2, 2012 to reside with

17
            his mother, father, wife and daughter at 6386 Huron

18
            Church Line, LaSalle, Ontario Canada and shall return to

19
            the Bay area via air travel no later than November 26,

20
            2012.  Defendant shall stay in Ontario, Canada prior to

21
            his return to San Francisco.

22
         2. Defendant shall provide his travel itinerary and any new

23
            contact telephone numbers to Pretrial Services prior to

24

25          his travel.

26
         3. Defendant shall comply with all other conditions of

27

28

Stipulation & Order            3

1    release while in Ontario.

2    4. Pretrial Services shall return Defendant's Canadian

3    passport to Defendant no later than November 1, 2012 and

4    Defendant shall return his passport to the custody of the

5    Pretrial Services immediately upon his return to the Bay

6    Area, subject to business hours or further instructions

7    of his pretrial services officer.

8    5. Defendant shall report to Pretrial Services no later than

9    48 hours of his arrival in the Bay Area or as directed by

10   Pretrial Services.

11   6. Defendant shall appear for sentencing on November 28,

12   2012 at 2:30 p.m.

Dated: _October 30_____, 2012    _____

                                 UNITED STATES MAGISTRATE JUDGE

Stipulation & Order            4