```
GAIL SHIFMAN
ATTORNEY AT LAW
601 California Street
Suite 1800
San Francisco, CA  94108
Telephone:  (415) 551-1500
Facsimile:  (415) 551-1502

Attorney for Defendant
ASIM WAQAR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASIM WAQAR,<br><br>　　　　　Defendant. | Case No. CR 11-0464 PJH<br><br>[~~PROPOSED~~] ORDER MODIFYING CONDTIONS OF PRETRIAL RELEASE AUTHORIZING TRAVEL & PERMITTING SELF SURRENDER |

　　　This matter having come before the Court and the Court being advised,

　　　IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner to permit Defendant to travel to continue medical treatment and testing and to self-surrender to serve his sentence of imprisonment:

1. Defendant shall be allowed to travel by air to Detroit, Michigan on February 21, 2013 and to continue travel to stay with his mother, father, wife and children at 6386 Huron Church Line, LaSalle, Ontario Canada.

2. Defendant shall return via air travel on April 1, 2013 to the facility designated by the Bureau of Prisons to serve his sentence, self-surrendering no later than 4:00 p.m. at the facility.

3. Defendant shall not travel outside of Ontario, Canada prior to his return travel to his designated facility.

4. Defendant shall provide his travel itinerary and new contact telephone numbers, if any, to Pretrial Services prior to his departure from the Bay Area.

5. Defendant shall comply with all other conditions of release while in Ontario including the reporting of progress with medical testing and diagnosis to Pretrial Services and the Probation Department.

Dated: February __20__, 2013

_____
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Phyllis J. Hamilton

Stipulation & [Proposed] Order                                                 2